**Fill in this information to identify the case:**

Debtor name: **Cashman Equipment Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/7/2017

X _____
Signature of individual signing on behalf of debtor

**James M. Cashman**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Cashman Equipment Corp. |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS - EASTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CARDI CORPORATION 400 LINCOLN AVENUE WARWICK, RI 02888 | | | | | | $17,000,000.00 |
| BP AMERICA PRODUCTION CO. 501 WESTLAKE PARK BLVD HOUSTON, TX 77079 | | | | | | $7,200,000.00 |
| PRESIDENT INSURANCE AGENCY 250 COPELAND STREET QUINCY, MA 02169 | | | | | | $633,195.00 |
| ECKERT SEAMANS CHERIN & MELLOT CORNELIUS US STEEL TOWER 600 GRANT STREET 44TH FLOOR PITTSBURGH, PA 15219 | | | | | | $217,911.67 |
| AL JAZEERA PORT P.O. BOX 5681 RAS AL KHAIMAH, UAE | | | | | | $202,258.95 |
| NAUTILUS MARITIME PTE LTD THE CRESCENT @ KALLANG 47 KALLANG PUDDING RD #10-1/02 SINGAPORE | | | | | | $201,267.00 |

Debtor   **Cashman Equipment Corp.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABS AMERICAS<br>PO BOX 301249<br>DALLAS, TX<br>75303-1249 | | | | | | $169,982.61 |
| TERAS 333 PTE LTD<br>15 HOE CHIANG ROAD<br>12-05 TOWER FIFTEEN<br>SINGAPORE | | | | | | $153,462.43 |
| COASTAL MARINE CONSTRUCTION LLE<br>960 TURNPIKE STREET - SIUTE 1C<br>CANTON, MA 02021 | | | | | | $109,386.43 |
| TOMBROS SERVICES, LTD | | | | | | $108,355.00 |
| Wilmington Trust Company<br>PO Box 8955<br>Wilmington, DE 19890 | | | | | | $84,220.72 |
| GMD SHIPYARD CORP<br>BROOKLYN NAVY YARD, BLDG 595<br>63 FLUSHING AVE<br>UNIT 276<br>BROOKLYN, NY 11205 | | | | | | $62,556.40 |
| LEONE, MORRISSEY,HENRIKSEN&SYN<br>80 WASHINGTON STREET,BUILDING S<br>NORWELL, MA 02061 | | | | | | $61,531.00 |
| SUPERIOR SUPPLY & STEEL<br>P.O. BOX 677427<br>DALLAS, TX 75267-7427 | | | | | | $60,223.28 |
| VSB PARTNERS LLP<br>64 A AMANGELDY STREET<br>ALMATY, KZ 50012 | | | | | | $59,995.00 |

Debtor  **Cashman Equipment Corp.**                                              Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PORTLAND TUGBOAT, LLC  40 COMMERCIAL ST SUITE 700  PORTLAND, ME 04101 | | | | | | $58,500.00 |
| CHANTIER NAVAL AND INDUSTRIAL CAMEROON S | | | | | | $55,193.62 |
| A&M DOCKSIDE REPAIR, INC.  P.O. BOX 1096  AMELIA, LA 70340 | | | | | | $54,029.50 |
| LYONS SHIPYARD, INC.  P.O. BOX 2180  NORFOLK, VA 23501 | | | | | | $47,959.76 |
| GAYLIN MALAYSIA SDN BHD  7 GUL AVE  SINGAPORE | | | | | | $47,736.00 |