**United States Bankruptcy Court**
**District of Massachusetts - Eastern Division**

In re   **Cashman Equipment Corp.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/7/2017

James M. Cashman/President
Signer/Title

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108

Commonwealth of Massachusetts
Division of Employment & Training
Attention:  Chief Counsel
Hurley Building - Government Center
Boston, MA 02114

Securities and Exchange Commission
Boston District Office
33 Arch Street
23rd Floor
Boston, MA 02110

Securities & Exchange Commission
450 Fifth Street, NW
Washington, DC 20549

Internal Revenue Service
James Spinale, MS 20800
JFK Federal Building
PO Box 9112
Boston, MA 02203

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114

John F. Fitzgerald III
Office of The United States Trustee
5 Post Office Square
Suite 1000
Boston, MA 02109

United States Attorney
John J. Moakley US Federal Courthouse
One Court House Way, Suite 9200
Boston, MA 02210

39-41 Brooks Drive, LLC
31 Brooks Drive
Braintree, MA 02184

3D ENGINEERING & CONSULTANCY
BP 2088
DOUALA, CAMEROON

5th3rd Bank
38 Fountain Square Plaza
#Md10904a
Cincinnati, OH 45202

A&L FASTENER & SUPPLY, INC
1116 SIRACUSA ROAD
PO BOX 2836
MORGAN CITY, LA 70381

A&M DOCKSIDE REPAIR, INC.
P.O. BOX 1096
AMELIA, LA 70340

ABLE-BODIED MARINE SURVEYORS
2215 SOUTH 3RD STREET - SUITE 201
JACKSONVILLE BEACH, FL 32250

ABS AMERICAS
PO BOX 301249
DALLAS, TX 75303

ACUSHNET MARINE
P.O. BOX 826
HULL, MA 02045

AGENCIA ROJAS, VELA Y ASOCIADOS, S.A.DE
MEXICO

AIRGAS USA, LLC
P.O. BOX 532609
ATLANTA, GA 30353

AL JAZEERA PORT
P.O. BOX 5681
RAS AL KHAIMAH, UAE

ALLEN & GOOCH, INC
P.O. BOX 81129
LAFAYETTE, LA 70598

AMERICAN EXPRESS 47000
P.O. BOX 1270
NEWARK, NJ 07101

AMERICAN MARINE CORPORATION
1500 S. BARRACUDA STREET
TERMINAL ISLAND, CA 90731

American Salvage Association

103 Oronoco St
Suite 200
Alexandria, VA 22314

Asaker Marine & Shipping Agents
PO Box 3763
Ajman, Dubai, UAE

AT & T MOBILITY - #870324866
att:   DANN@RAND
PO BOX 6463
CAROL STREAM, IL 60197

Bank of America
One Financial Place
Providence, RI 02903

Beach Enterprises
513 Lighthouse Point
Virginia Beach, VA 23451

Beauregard, Burke & Franco
Andrew Robeson House
PO Box 952
New Bedford, MA 02741

BEGINERA

Beyel Brothers, Inc.
550 Cidco Road
Cocoa, FL 32926

BLUEPORT WIRELESS
2 ANNETTE ROAD, SUITE #2
FOXBORO, MA 02035

BOATS & HARBORS
P.O. DRAWER 647
CROSSVILLE, TN 38557

Bollnger Shipyards
PO Box 11407
Dept. 2371
Birmingham, AL 35246

BOURBON OFFSHORE MMI DMCEST
P.O. BOX 52782 33RD FLOOR
UBORA TOWERS
DUBAI, UAE

BOYER LOGISTICS,INC
7318 4TH AVE SOUTH
SEATTLE, WA 98108

BOYER TOWING, INC
P.O. BOX 8000
KETCHIKAN, AK 99901

BP AMERICA PRODUCTION CO.
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079

BRAEMAR TECHNICAL SERVICES INC
5 HANOVER SQUARE  SUITE 202
NEW YORK, NY 10004

BRAINTREE ELECTRIC LIGHT DEPT
150 POTTER ROAD
BRAINTREE, MA 02184

BROOKES BELL LLP     (ENGLAND)
WALKER HOUSE
LIVERPOOL, ENGLAND

C Breit Marine Services
111 Acadia Lane
Destrehan, LA 70047

C SOLUTIONS LIMITED
GALLERY 4, LEADENHALL STREET
LONDON, ENGLAND

C/F DATA SYSTEMS, LLC
97 LIBBEY PARKWAY, SUITE 200
WEYMOUTH, MA 02189

CAPELLA CONSULTING
3421 NORTH CAUSEWAY BLVD, SUITE 105
METAIRIE, LA 70002

CARD SERVICES
P.O. BOX 13337
PHILADELPHIA, PA 19101

CARDI CORPORATION
400 LINCOLN AVENUE
WARWICK, RI 02888

Cashman Caspian, LLC
41 Brooks Drive
Suite 1005
Braintree, MA 02184

Cashman Scrap & Salvage LLC
41 Brooks Drive
Suite 1005
Braintree, MA 02184

CENTRAL MAINE POWER
P.O. BOX 11752
NEWARK, NJ 07101

CHANTIER NAVAL AND INDUSTRIAL CAMEROON S

CITI CARDS              3807
P.O. BOX 9001037
LOUISVILLE, KY 40290

CITIBUSINESS CARD - 1707
P.O. BOX 183051
COLUMBUS, OH 43218

Citizens Bank
408 Jefferson Blvd.
Warwick, RI 02886

COASTAL MARINE CONSTRUCTION     LLE
960 TURNPIKE STREET - SIUTE 1C
CANTON, MA 02021

COLONNA'S SHIPYARD INC.
P.O. BOX 890461
CHARLOTTE, NC 28289

COMERCIALIZADORA INTERNACIONAL
DE GRANOS SA DE DV
MEXICO

CONNIE BEAN
97 MEADOWBROOK BRIDGE ROAD
MASON TOWNSHIP, ME 04217

Conrad Shipyard LLC
PO Box 790
Morgan City, LA 70381

CONSTRUCT OIL
27 DEXTER ROAD
EAST PROVIDENCE, RI 02914

CONSTRUCTION INDUSTRIES OF RHODE ISLAND
615 JEFFERSON BOULEVARD
WARWICK, RI 02286

CONSTRUCTION MARKETING DATA GROUP, LLA
30 TECHNOLOGY PKWY SOUTH ST
NORCROSS, GA 30092

COOPER CONSOLIDATED, LLC
ATT:  DEPT#2175
P.O. BOX 11407
BIRMINGHAM, AL 35246

Coprico Printing
40 Washington Avenue
Chelsea, MA 02150

COUHIG PARTNERS LLC
3250 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163

CRYSTAL ROCK LLC
P.O. BOX 10028
WATERBURY, CT 06725

Cypress Property Management
133 Belle GTerre Blvd.
La Place, LA 70068

D&M STEEL LLC
att:  TINA BROE
1324 ENGINEERS ROAD
BELLE CHASSE, LA 70037

Dan Lawrie Insurance Brokers
105 Main Street East
14th fllor
Hamilton Canada L8N1G6

DANN OCEAN TOWING, INC.
3670 SOUTH WESTSHORE BLVD
TAMPA, FL 33629

Destin Luxury Rentals, Inc.
1234 Airport Road
Suite 204
Destin, FL 32541

DET Norske Veritas As
PO Box 934917
Atlanta, GA 31193

Dutton Road Blvd. LLC
2051 Silverside Drive
Suite 160
Baton Rouge, LA 70808

ECHO CARGO AND SHIPPING LLC
MINA ROAD
DUBAI

ECKERT SEAMANS CHERIN & MELLOT CORNELIUS
US STEEL TOWER
600 GRANT STREET 44TH FLOOR
PITTSBURGH, PA 15219

ELIZABETH FRANCES TIMMER
356 20TH ST APT3
BROOKLYN, NY 11215

ELLIOTT GREENLEAF
P.O. BOX 3010
BLUE BELL, PA 19422

Enso Crane Services
PO Box 671
Portsmouth, NH 03801

ENVOC
10000 PERKINS ROWE- SUITE 220
BATON ROUGE, LA 70810

EXXONMOBIL
PO BOX 688938
DES MOINES, IA 50368

FARRELL AND NORTON NAVAL ARCH
att:  THOMAS M. FARRE
PO BOX 66
NEWCASTLE, ME 04553

FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250

Ferrelli Legal Transcription
76 Powers Road
Sudbury, MA 01776

FISHERIES & OCEANS ACCOUNTING HUB
301 BISHOP DRIVE
FREDERICTON, CANADA NBE3C 2M6

FLAHERTY EQUIPMENT REPAIR CORP
P.O. BOX 95155
NEWTON, MA 02495

Fore River Dock & Dredge Inc.
40 Mechanic Street
South Portland, ME 04106

Fowler Rodriguez
355 Alhambra Circle
Suite 801
Miami, FL 33134

GAC
Ras Al Khaimah LL,
5162

United Arab Emirates

Garpo Marine Services
113 Ellis Street
Staten Island, NY 10307

GAS & SUPPLY NI WELDING SUPPLY, LLC
7917 HWY 182E
MORGAN CITY, LA 70380

Gateway Transit Limited Linc
Marr Center Williamson Place
Laboca, Balboa, Panama

GAYLIN MALAYSIA SDN BHD
7 GUL AVE
SINGAPORE

GESMER UPDEGROVE LLP
40 BROAD STREET
BOSTON, MA 02109

GMD SHIPYARD CORP
BROOKLYN NAVY YARD, BLDG 595
63 FLUSHING AVE UNIT 276
BROOKLYN, NY 11205

Grata Law Firm LLP
95/A2 Al Farabi Avenue
Almaty, Kazakhstan

H&E EQUIPMENT SERVICES LLC
att:   AMY ROGERS
P.O. BOX 849850
DALLAS, TX 75284

H&M MARINE SERVICES LLC
124 EAST 2ND STREET
LAROSE, LA 70373

HABERMAN ILETT LLP
CITY TOWER LEVEL 3
40 BASINGHALL STREET
LONDON, ENGLAND

HERCULES WIRE ROPE & SLING CO
P.O. BOX 1769
HOUMA, LA 70361

HOLLAND & KNIGHT
800 17TH STREET N.W.
SUITE 1100
WASHINGTON, DC 20006

Houston NFL Holdings, LP
c/o RCM Sports & Leisure, LP
NRG Stadium
Two NRG Park
Houston, TX 77054

HUDSON DRYDOCK, INC.
P.O. BOX 1781
MORGAN CITY, LA 70381

HYANNIS MARINA
1 WILLOW STREET
HYANNIS, MA 02601

INCHCAPE SHIPPING SERVICES
5TH FLR OFFICE COURT BLDG
OUD METHA ROAD
DUBAI, UAE

INFORMED INVESTIGATIONS
9605 JEFFERSON HIGHWAY
STE I-225
RIVER RIDGE, LA 70123

Insightly CRM
680 Solsom Street
Suite 550
San Francisco, CA 94107

ITC SHIPS HOLDING B.V.
2105 MG HEEMSTEDE

J RAY MCDERMOTT de MEXICO S.A
PASEA DE LA REFORMA 505
PISO 49, COL. CUAUHTEMOC, MEXICO, D.F CP

JOHNNY'S PROPELLER SHOP, INC.
POST OFFICE BOX 2237
MORGAN CITY, LA 70381

JSC KAZKOMMERTS POLICY
ALMATY, KAZAKHSTAN

Key Bank
1000 S. McCaslin Blvd.
Louisville, CO 80027

KIM MARINE DOCUMENTATION INC
180 NICKERSON STREET, SUITE 212
SEATTLE, WA 98109

KONICA MINOLTA
21146 NETWORK PLACE
CHICAGO, IL 60673

KONICA MINOLTA BUS SOL-SERVICE USA, INC
DEPT 952823
ATLANTA, GA 31192

L&G BUILDING SUPPLY CO INC
PO BOX 284
MORGAN CITY, LA 70381

LANDRY, WATKINS, REPASKE & BREAUX
211 E. MAIN STREET
NEW IBERIA, LA 70560

LEGAL FEE ADVISORS
ATT:   DAVID PAIGE
41 EAST 11 TH STREET 11TH FLR
NEW YORK, NY 10003

LEONE, MORRISSEY,HENRIKSEN&SYN
80 WASHINGTON STREET,BUILDING S
NORWELL, MA 02061

Linda L Kelly
PO Box 1023
Barnstable, MA 02630

LONDON LEGAL + IMAGING SOLUTIONS LTD
BIRCHIN COURT
20 BIRCHIN LANE
LONDON, UK

LUCAS AND CAVALIER, LLC
1500 WALNUT STREET
SUITE 1500
PHILADELPHIA, PA 19102

LYONS SHIPYARD, INC.
P.O. BOX 2180
NORFOLK, VA 23501

MAASMOND MARITIME PTE LTD
133 CECILE STREET 13-01B
KECK SENG TOWER
SINGAPORE

MARAD Bank
US Department of Transportation
400 Seventh St., SW
Washington, DC 20590

MARINE SAFETY CONSULTANTS
P.O. BOX 615
FAIRHAVEN, MA 02719

Maritma Interamericana
De Naves Sas Intermar Centro
Edificio Andian Cartagena
COLUMBIA

Markel American Insurance Co
PO Box 78114
Baltimore, MD 21279

Market Place Building, LLC
37325 Market Place
Suite B
Prairieville, LA 70769

MAYNARD, COOPER & GALE, PC
1901 SIXTH AVENUE NORTH 2400 REGIONS/HAR
BIRMINGHAM, AL 35203

MC AFEE (MX LOGIC)
6052 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Melissa Trompetto
Al Majara 3, Apt. 501
Al Hubob Street, Dubai Marina
Dubai UAE

MERLIN TRANSPORT & LEASING INC
105 DEXTER ROAD
EAST PROVIDENCE, RI 02914

MICHAEL ROSE
P.O. BOX 37
CRUZ BAY, ST JOHN USVI

MORGAN CITY RENTALS
125 MCARTY STREET
HOUSTON, TX 77029

MORGAN CITY SUPPLY/HOUMA DIST.
P.O. DRAW 2030
MORGAN CITY, LA 70381

MUD HOLLOW, LLC
7318 4TH AVE S
SEATTLE, WA 98108

MWV MULTI-MEDIA FORENSIC
INVESTIGATIVE SERVICES, INC.
555 PLEASANT STREET STE 5A
FAIRHAVEN, MA 02470

NATIONAL GRID 52689-10192
PO BOX 111735

NEWARK, NJ 07101

NAUTILUS MARITIME PTE LTD
THE CRESCENT @ KALLANG
47 KALLANG PUDDING RD #10-1/02
SINGAPORE

NECOTRANS USA,INC
21502 EAST WINTER VIOLET COURT
CYPRESS, TX 77433

NEW ENGLAND MARINE CHEMIST
57 DUDLEY ROAD
BRENTWOOD, NH 03833

New York State Sales Tax
NYS Sales Tax Processing
PO Box 1209
New York, NY 10116

NORTHERN MARINE LOGISTICS MEXI
MEXICO SA DE CV AV.
EJ RCITO MEXICANO #1902 CO
CIUDAD MADERO, TAMA, MEXICO

NORTON ROSE FULBRIGHT LLP
ONE RAFFLES QUAY
#34-02 NORTH TOWER
SINGAPORE

OFFSHORE SHIPBROKERS LTD
17 BLOOSOM ST
ENGLAND, UK

P.T. DELTA SHIPYARD
PANARAN DAPUR 12
SUNGAI PELUNGGUT SAGULUNG
BATAM, INDONESIA

Pacific Western Bank
30 S. Wacker Drive, 35th Fl.
Chicago, IL 60606

PATRIOT DISPOSAL CO.
2208 PLAINFIELD PIKE
JOHNSTON, RI 02919

PAUL EYIKE DALLE
BP 5429
DOUALA

PENMORE INTERNATIONAL L.P.
44 MAIN STREET
DOUGLAS

PHILIP A. RAND CO. INC.
139 CALIFORNIA STREET
NEWTON, MA 02458

PHILIPS PUBLISHING LLC
2201 W COMMODORE WAY
SEATTLE, WA 98199

PINEDO ABOGADOS
AV SAN JERONIMO NO 1749
COL LOMAS QUEBRADAS

Pitney Bowes
Inside Sales Group
27 Waterview Drive
Shelton, CT 06484

PITNEY BOWES GLOBAL FIN SER
P.O.BOX 371887
PITTSBURGH, PA 15250

PORTLAND TUGBOAT, LLC
40 COMMERCIAL ST  SUITE 700
PORTLAND, ME 04101

POSEIDON INT'L LTD
TRUST CO COMPLEX, AJELTAKE RD
AJELTAKE ISLAND

PRESIDENT INSURANCE AGENCY
250 COPELAND STREET
QUINCY, MA 02169

PRO EQUIPMENT RENTAL
126 CALVARY STREET
WALTHAM, MA 02454

PT VINICI INTI LINES
COMPLEX RUKO CIPTA PURI TIBAN BLOK DD NO
BATAM, INDONESIA

PT Vinici Inti Lines
Complex Ruko Cipta Puri Tiban Blok
Batam Indonesia 29422

QUADRANT CHAMBERS
10 FLEET STREET
LONDON EC4Y 1AU

Radius Bank
One Harbor Street
Suite 201
Boston, MA 02210

RADTKE CONSTRUCTION, INC
PO BOX 2283
MORGAN CITY, LA 70381

RAK KHOR PORT
UAE

RDA CONSTRUCTION LLC
35 NORTH STREET
CANTON, MA 02021

REAGAN CONSTRUCTION CORP
121 GREEN LANE
MIDDLETOWN, RI 02842

Rigmarine Fze
Hamriyah Free Zone, Phase 2
PO Box 51469
Sharah, Dubai

RINA USA, INC
13450 W. SUNRISE BLVD STE 350
SUNRISE, FL 33323

RITCHIE & BISSET (FAR EAST) PTE LTD
SINGAPORE

ROBERT HALF LEGAL
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

ROCHEL'S HEAVY EQUIPMENT AND DIESEL
5253 BAYOU BLACK DRIVE
GIBSON, LA 70356

Rockland Trust Co
100 Belmont STreet
Brockton, MA 02301

ROY KIESEL FORD DOODY & THURMON, A PLC
P.O. BOX 15928
BATON ROUGE, LA 70895

RUSSIAN MARITIME REGISTER OF SHIPPING
AKTAU, 130000
REPUBLIC OF KAZ

RYTECH MARINE
NO 43, JALAN PERDANA2
TAMAN PERINDUSTRIAN PERDANA
PORT DICKSON, NEGERI SEMBILIA

Santander Bank

75 State Street
Boston, MA 02109

SANTANDER CONSUMER USA
P.O. BOX 105255
ATLANTA, GA 30348

SCOTT D. BROWNELL, APLC
527 E. BOSTON ST., SUITE 201
COVINGTON, LA 70433

SDS RENTALS
192 SMITH STREET
NORTH KINGSTON, RI 02852

SEA BARRACUDA BV
GORTSTRAAT 36
4331 LC
MIDDLEBURG, NETHERLANDS

SEA HAWK MARINE LOGISTICS LLC
P.O. BOX 1209
MOBILE, AL 36601

SEADOG ENVIRONMENTAL CONSULTING
302 N MOSS DRIVE
HOUMA, LA 70361

SEAWARD MARINE CORPORATION
1500-B STEEL STREET
CHESAPEAKE, VA 23323

Shawmut Equipment Co. Inc.
20 Tolland Turnpike
Manchester, CT 06040

SHEARER GROUP, INC
3101 NASA PARKWAY, SUITE 1
SEABROOK, TX 77586

SIGNET MARITIME CORP.
3802 PORT RIVER ROAD
PASCAGOULA, MS 39567

SIMPLE LEGAL
144 S WHISMAN ROAD  UNIT R
MOUNTAIN VIEW, CA 94041

SIRIUS MARINE SERVICES LLC
621 LITTLE NECK ROAD
VIRGINIA BEACH, VA 23452

SPECIALITY DIVING SERVICES,INC
192 SMITH STREET

NORTH KINGSTOWN, RI 02852

SPS New England Inc.
98 Elm Street
Salisbury, MA 01952

STANSBURY AND ASSOCIATES
PO BOX 1673
MORGAN CITY, LA 70381

STARBOARD YACHT GROUP LLC
850 NE 3RD ST SUITE 208
DANIA BEACH, FL 33004

State of New Jersey
Sales and Use TAx
PO Box 99
Trenton, NJ 08646

STATE OF NEW JERSEY SALES AND USE TAX
PO BOX 99
TRETON, NJ 08646

STEWART MCKELVEY
100 NEW GOWER STREET
P.O. BOX 5038
ST JOHNS, CANADA

STREAM SHIPPING LTD
TRUST CO COMPLEX
AJELTAKE ROAD
MAJURO, MARSHALL ISLAND

STUART DYE & ASSOCIATES,PLLC
1150 CONNECTICUT AVE NW SUITE 900
WASHINGTON, DC, DC

SUBTECH GROUP
20 RUSTIC CLOSE
BRIARDENE DURBAN
DALBRIDGE, SO AFRICA

SUBURBAN PROPANE
P.O. BOX 160
WHIPPANY, NJ 07981

SUPERIOR SUPPLY & STEEL
P.O. BOX 677427
DALLAS, TX 75267

T&D TOWING LLC
P.O. BOX 3249
MORGAN CITY, LA 70381

TEN MILE EXCHANGE
4881 EVERARD STREET
MARRERO, LA 70072

TERAS 333 PTE LTD
15 HOE CHIANG ROAD
12-05 TOWER FIFTEEN
SINGAPORE

TERMINAL MARITIMA NAVIERA
ARMAMEX  SA DE CV

THE RENDON GROUP INC
1875 CONN AVE. NW, SUITE 716
WASHINGTON, DC 20009

Thompson Reuters West
West Payment Center
PO Box 6292
Carol Stream, IL 30197

TIME WARNER CABLE
P.O. BOX 70872
CHARLOTTE, NC 28272

TIMES MARINE SURVEY, LLC
SHARJAH
SHARJAH

Tiya Services, LLC
112 Founders Drive
Suite 201
Baton Rouge, LA 70810

TIYA SUPPORT SERVICES, LLC
112 FOUNDERS DRIVE, SUITE 201
BATON ROUGE, LA 70810

TK Towing Inc.
7810 Hwy 182E
Morgan City, LA 70380

TOMBROS SERVICES, LTD

TOTAL WELDING SUPPLY
114 BRALEY ROAD
PO BOX 249
EAST FREETOWN, MA 02717

TOWN OF DENNIS
PO BOX 1019
MEDFORD, MA 02155

Tradewinds Towing LLC

725 Joseph St, #A
New Orleans, LA 70115

TRIPLE S MARINE, LLC
P.O. BOX 3367
MORGAN CITY, LA 70381

TRULUCK'S SEAFOOD STEAK & CRAB HOUSE
5350 WESTHEIMER ROAD
HOUSTON, TX 77056

UNITED TUGS,INC.
P.O. BOX 342
HARVEY, LA 70059

URBAN ENGINEERING INC
530 WALNUT STREET 7TH FLOOR
PHILADELPHIA, PA 19106

US Bank
PO Box 230789
Portland, OR 97281

US CUSTOMS & BORDER PROTECTION
P.O. BOX 530071
ATLANTA, GA 30353

VANUATU MARITIME SERVICES LTD
39 BROADWAY, SUITE 2020
NEW YORK, NY 10006

VERIZON WIRELESS-820332385
P.O. BOX 25505
LEHIGH VALLEY, PA 18002

VERIZON WIRELESS-DZ- 581571202 ACCT 5815
PO BOX 15062
ALBANY, NY 12212

Vinik Marine Inc.
85 First Street
Keyport, NJ

VSB PARTNERS LLP
64 A AMANGELDY STREET
ALMATY, KZ 50012

Wells Fargo Bank
381 East Broadway, Suite 200
Salt Lake City, UT 84111

WESTERBEKE
400 BORDER STREET
EAST BOSTON, MA 02128

WESTFORD WELDING & REPAIR
P.O. BOX 791
HARVARD, MA 01451

Weymouth Bank
744 Broad Street
East Weymouth, MA 02189

WHITETAIL RENTAL
PO BOX 544
MORGAN CITY, LA 70381

Wilmington Trust Company
PO Box 8955
Wilmington, DE 19890

ZACK M TABOR
P.O. BOX 446
MORGAN CITY, LA 70381