UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
: 
In re: : Chapter 11
: 
CASHMAN EQUIPMENT CORP., : Case No. 17-12205
: 
Debtor. : 
: 
---------------------------------------------------------- X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Rockland Trust Company ("RTC"), by and through its undersigned counsel, hereby appears in the above-captioned chapter 11 case pursuant to Fed. R. Bankr. P. 9010(b) and requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

| | |
|---|---|
| John D. Kimball<br>Michael B. Schaedle<br>Evan J. Zucker<br>**BLANK ROME LLP**<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174-0208<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5001<br>JKimball@BlankRome.com<br>Schaedle@BlankRome.com<br>EZucker@BlankRome.com | Daniel C. Cohn<br>Jonathan M. Horne<br>**MURTHA CULLINA LLP**<br>99 High Street<br>Boston, Massachusetts 02110-2320<br>Telephone: (617) 457-4000<br>Facsimile: (617) 482-3868<br>dcohn@murthalaw.com<br>jhorne@murthalaw.com |

Josef W. Mintz
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Mintz@BlankRome.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 2002, the undersigned counsel hereby request copies of all papers including, without limitation, all motions, notices, applications, orders, reports, legal memoranda, exhibits and all other papers which are filed with the Court or served upon any party. All copies should be sent to the above-listed counsel by electronic mail and/or by mail to the addresses appearing above.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or whether made by mail, email, hand delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the rights or interests of any party in this case.

PLEASE TAKE FURTHER NOTICE that this request pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a submission by RTC to the jurisdiction or power of this Court or a waiver of any substantive or procedural rights of RTC, including without limitation, to: (a) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (b) have final orders in non-core matters entered only after *de novo* review by the District Court; (c) a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) require that where any adversary proceeding is to be initiated against RTC in this or any related case or where any proceeding is to be initiated by complaint against RTC under applicable non-bankruptcy law, service shall be made on RTC in accordance with applicable Federal Rules of Civil Procedure and applicable non-bankruptcy law, and that service upon undersigned counsel is insufficient for such purposes; or (e) any other rights, claims, actions,

defenses, setoffs or recoupments to which RTC is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments RTC expressly reserves.

Dated: June 12, 2017

                      Respectfully submitted,

                      ROCKLAND TRUST COMPANY

                      By its attorneys:

                      */s/ Daniel C. Cohn*
                      Daniel C. Cohn (BBO #090780)
                      Jonathan M. Horne (BBO #673098)
                      MURTHA CULLINA LLP
                      99 High Street
                      Boston, Massachusetts 02110-2320
                      Telephone:   (617) 457-4000
                      Facsimile:   (617) 482-3868
                      E-mail:   dcohn@murthalaw.com
                                    jhorne@murthalaw.com

                      John D. Kimball (*pro hac vice* pending)
                      Michael B. Schaedle (*pro hac vice* pending)
                      Evan J. Zucker (*pro hac vice* pending)
                      BLANK ROME LLP
                      The Chrysler Building
                      405 Lexington Avenue
                      New York, New York 10174-0208
                      Telephone:   (212) 885-5000
                      Facsimile:   (212) 885-5001
                      E-mail:   JKimball@BlankRome.com
                                    Schaedle@BlankRome.com
                                    EZucker@BlankRome.com

                      Josef W. Mintz (*pro hac vice* pending)
                      BLANK ROME LLP
                      One Logan Square
                      130 North 18th Street
                      Philadelphia, Pennsylvania 19103-6998
                      Telephone:   (215) 569-5500
                      Facsimile:   (215) 569-5555
                      E-mail:   Mintz@BlankRome.com

8150754v1

149245.06501/105803582v.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
:
In re:                                                    :    Chapter 11
:
CASHMAN EQUIPMENT CORP.,                                  :    Case No. 17-12205
:
Debtor.                                                   :
:
---------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Daniel C. Cohn, hereby certify that on the 12th day of June, 2017, a copy of the *Notice of Appearance and Request for Service of Papers* was served through the Court's CM/ECF filing system on all parties registered to receive electronic notice.

>/s/ Daniel C. Cohn
>Daniel C. Cohn (BBO #090780)
>MURTHA CULLINA LLP
>99 High Street
>Boston, Massachusetts 02110-2320
>Telephone: (617) 457-4000
>Facsimile: (617) 482-3868
>dcohn@murthalaw.com

149245.06501/105803582v.1

8150754v1