*[Signature in left margin: 06/13/2017 Allowed]*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CASHMAN EQUIPMENT CORP. *et al.*,[1]<br><br>Debtor. | CHAPTER 11<br>CASE NO. 17-12205 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL B. SCHAEDLE**

Pursuant to Bankruptcy Local Rule 9010-1, Rockland Trust Company ("RTC"), through its undersigned counsel, hereby moves for the admission *pro hac vice* of RTC's counsel, Michael B. Schaedle. As grounds therefore, RTC respectfully states:

1. Michael B. Schaedle is a partner of the firm Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103-6998, and is a member in good standing of the Bar of the Commonwealth of Pennsylvania and of the States of New York, New Jersey and Wisconsin.

2. Pursuant to Bankruptcy Local Rule 9010-1, attached hereto as Exhibit A is the Certification of Michael B. Schaedle, establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).