UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:   CASHMAN EQUIPMENT CORP., *et al.*<br><br>Debtors | Chapter 11<br>Case No. 17-12205-msh<br><br>Jointly-Administered[1] |

# APPOINTMENT OF AN OFFICIAL COMMITTEE
# OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced cases:

1. United Tugs, Inc.
   Attn: Mitch Eymard, President
   P.O. Box 341
   Harvey, LA  70059
   Tel: 504 394-6622
   Fax: 504 394-6983
   E-Mail: mitch@unitedtugs.com

2. A&M Dockside Repair, Inc.
   Attn: Wayne Mayon, Sr.
   P.O. Box 1096
   9500 Highway 182E
   Amelia, LA  70340
   Tel: 985 631-9018
   Fax: 985 631-2588
   E-Mail: amdockside@att.net

3. T&D Towing LLC
   Attn: Thomas C. Tamplain, Member
   P.O. Box 3249
   Morgan City, LA  70381
   Tel: 985 631-2100
   Fax: 985 631-2105
   E-Mail: ttamplain@tdtowing.com

---

[1] The other debtors in these jointly-administered Chapter 11 cases are: James M. Cashman 17-12204-MSH, Cashman Scrap & Salvage, LLC 17-12206-MSH, Servicio Marina Superior, LLC 17-12207-MSH, Mystic Adventure Sails, LLC 17-12208-MSH, and Cashman Canada, Inc. 17-12209-MSH.

                                      Respectfully submitted,
                                      WILLIAM K. HARRINGTON
                                      United States Trustee
                                        By: /s/ Paula R.C. Bachtell
                                        Paula R. C. Bachtell BBO#564155
                                        John W. McCormack Post Office and Courthouse
                                        5 Post Office Square, Suite 1000
                                        Boston, MA 02109-3934
                                        (617) 788-0406
                                        (617) 565-6368
Dated: June 28, 2017                           Paula.bachtell@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on June 28, 2017, true and correct copies of the foregoing appointment were served by CM/ECF upon those individuals who have filed CM/ECF notices of appearance in the Court's CM/ECF database and by U.S. Mail, postage pre-paid or electronic mail upon those persons listed above and below.

                                      WILLIAM K. HARRINGTON
                                      United States Trustee

                        By:     /s/ Paula R. C. Bachtell
                                    Paula R. C. Bachtell BBO# 564155
                                    United States Department of Justice
                                    John W. McCormack Post Office and Courthouse
                                    5 Post office Square, 10th Floor, Suite 1000
                                    Boston, MA  02109-3934
                                    Boston, MA 02222
                                    PHONE:     (617) 788-0406
                                    FACSIMILE:  (617) 565-6368
                                    Paula.bachtell@usdoj.gov

By Email

Wilmington Trust Company in its capacity as Indenture Trustee under (i) Trust Indenture dated December 4, 1997, and (ii) Trust Indenture dated April 14, 1999.
Attn: Steven M. Cimalore
Rodney Square North
1100 N. Market Street
Wilmington, DE  19890
scimalore@wilmingtontrust.com

LAD Services of Louisiana, LLC
Attn: Lee Dragna, President
1043 E. Stephensville Road
Stephensville, LA  70380
ldragna@ladcompanies.com

TOMBROS SERVICES LTD.
Attn: Lawson Nchumulu, General Manager
P.O. Box 15368 Doula
Cameroon-Central Africa
tombros@representative.com

LMHS, P.C.
Attn: Bryan Morrissey, Managing Partner
80 Washington Street, Building S
Norwell, MA  02061
bmorrissey@lmhspc.com

dcohn@murthalaw.com
jdoran@haslaw.com
JGanz@riemerlaw.com
lharrington@nixonpeabody.com
dhimelfarb@mccarter.com
jhorne@murthalaw.com
dej@murphyking.com
scott.magee@lockelord.com
ffm@bostonbusinesslaw.com
mmulligan@peabodyarnold.com
mabk@harmonlaw.com
bankruptcy@murphyking.com
moneil@murphyking.com
bcr@riw.com
mscott@riemerlaw.com
jeffrey@sternklarlaw.com
klwintle@duanemorris.com