UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | |
| CASHMAN EQUIPMENT CORP.,[1] ) | Chapter 11 |
| ) | Case No. 17-12205-MSH |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance for the Official Committee of Unsecured Creditors of Cashman Equipment Corp. and its affiliated Chapter 11 debtors, and requests that all notices given or required to be given and all papers served or required to be served in these jointly administered cases be given to and served upon the undersigned counsel at the address set forth below.

> OFFICIAL COMMITTEE OF
> UNSECURED CREDITORS,
>
> By its proposed attorneys,
>
> /s/ John T. Morrier
>
> _____
> John T. Morrier (BBO No. 628624)
> CASNER & EDWARDS, LLP
> 303 Congress Street
> Boston, Massachusetts 02110
> Telephone:  617-426-5900
> Facsimile:  617-426-8810
> Email: morrier@casneredwards.com

Dated: June 29, 2017

---

[1] The affiliated debtors in these jointly administered cases are:  Cashman Scrap & Salvage, LLC, Servicio Marina Superior, LLC, Cashman Canada, Inc., Mystic Adventure Sails, LLC, and James M. Cashman.

## CERTIFICATE OF SERVICE

I, John T. Morrier, hereby certify that on the 29th day of June 2017 I caused a true and accurate copy of the forgoing document to be served via ECF upon all parties who are registered to receive electronic notice of filing in this proceeding.

/s/ John T. Morrier

John T. Morrier