# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Cashman Equipment Corporation        **Case Number:** 17-12205    (MSH)    **Ch:** 11

Hearing: Request for Sales Procedures and Closing Costs Regarding #128 Motion of Debtor for an Order Authorizing (A) Sell Vessels in the Ordinary Course of Business (B) to Distribute Sale Proceeds, and (C) to Grant Substitute Liens Free and Clear of Liens under Section 363(f) (E. Jeffery)
#172 Preliminary Objection of Citizens Asset Finance, Inc. (J. Ganz)
#173 Objection of Rockland Trust Company (J. Horne)

**COURT ACTION:**

_____ Show Cause Order         _____ Released              _____ Enforced
_____ Granted                  _____ Approved              _____ Moot
_____ Denied                   _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained                _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. An evidentiary hearing on the request for sales procedures will be held on Monday, August 14, 2017 at 10:00 AM. An agreed upon discovery order will be submitted to the court by Friday, July 14, 2017, and a hearing will be held on Wednesday, July 12, 2017 at 9:00 AM, if needed.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_          Dated: 07/10/2017

Melvin S. Hoffman
United States Bankruptcy Judge