UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------- X
:
In re:                                                      :   Chapter 11
:
CASHMAN EQUIPMENT CORP. *et al.*,                           :   Case No. 17-12205 (MSH)
:
Debtors.[1]                                                 :   (Jointly Administered)
:
----------------------------------------------------------- X

**MOTION FOR THOMAS BELKNAP, JR. TO APPEAR TELEPHONICALLY AT
HEARING SCHEDULED FOR WEDNESDAY, JULY 12, 2017 AT 9:00 A.M.**
**(Emergency Determination Requested)**

Rockland Trust Company ("Rockland"), by and through its undersigned attorneys, hereby seeks an order permitting its counsel, Thomas H. Belknap, Jr. ("Attorney Belknap"), to appear telephonically at a hearing scheduled for Wednesday July 12, 2017 at 9:00 a.m.

In support of this Motion, Rockland states as follows:

1. On June 9, 2017 (the "Petition Date"), each of the Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

2. Since the Petition Date, the Debtors continue to operate their businesses and manage their assets as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Court has scheduled a hearing on July 12, 2017 at 9:00 a.m. (the "Hearing") to consider a proposed discovery schedule concerning the evidentiary hearing scheduled for August 14, 2017 in these jointly administered proceedings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137), Cashman Canada, Inc. (1296), and James M. Cashman (8482).

8223092v1

4.     Rockland states that the Debtors and various lenders have been negotiating in good faith on a consensual agreed proposed discovery order, but it is unclear at this time whether an agreed order will be finalized in advance of the Hearing.

5.     Thus, Rockland respectively requests that Attorney Belknap, who is unable to attend the Hearing in person, be permitted to appear telephonically if the Hearing goes forward as scheduled.

WHEREFORE, Rockland respectfully requests that this Court enter an Order allowing Attorney Belknap to appear telephonically at the hearing scheduled for Wednesday, July 12, 2017 at 9:00 A.M. in Boston, Massachusetts.

> Respectfully submitted,
>
> ROCKLAND TRUST COMPANY
>
> By its attorneys:
>
> /s/ *Jonathan M. Horne*
> Daniel C. Cohn (BBO #090780)
> Jonathan M. Horne (BBO #673098)
> MURTHA CULLINA LLP
> 99 High Street
> Boston, Massachusetts 02110-2320
> Telephone: (617) 457-4000
> Facsimile: (617) 482-3868
> E-mail:  dcohn@murthalaw.com
>          jhorne@murthalaw.com

Dated:  July 11, 2017

8223092v1

## **CERTIFICATE OF SERVICE**

I, Jonathan M. Horne, hereby certify that on July 11, 2017 a copy of the forgoing document was filed through the Court's ECF System and will be sent electronically to all users registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jonathan M. Horne
Jonathan M. Horne

8223092v1