07/11/2017 Granted provided the hearing takes place. Movant is granted permission to participate telephonically at the hearing scheduled for July 12, 2017, at 9:00 AM. At the time of the scheduled hearing, the Movant should call 1.617.748.6687 and enter conference code 123456 when prompted.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
:
In re:                                                     :    Chapter 11
:
CASHMAN EQUIPMENT CORP. *et al.*,                          :    Case No. 17-12205 (MSH)
:
Debtors.[1]                                                :    (Jointly Administered)
:
---------------------------------------------------------- X

**MOTION FOR THOMAS BELKNAP, JR. TO APPEAR TELEPHONICALLY AT
HEARING SCHEDULED FOR WEDNESDAY, JULY 12, 2017 AT 9:00 A.M.**
**(Emergency Determination Requested)**

Rockland Trust Company ("Rockland"), by and through its undersigned attorneys, hereby seeks an order permitting its counsel, Thomas H. Belknap, Jr. ("Attorney Belknap"), to appear telephonically at a hearing scheduled for Wednesday July 12, 2017 at 9:00 a.m.

In support of this Motion, Rockland states as follows:

1.  On June 9, 2017 (the "Petition Date"), each of the Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

2.  Since the Petition Date, the Debtors continue to operate their businesses and manage their assets as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

3.  The Court has scheduled a hearing on July 12, 2017 at 9:00 a.m. (the "Hearing") to consider a proposed discovery schedule concerning the evidentiary hearing scheduled for August 14, 2017 in these jointly administered proceedings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137), Cashman Canada, Inc. (1296), and James M. Cashman (8482).

8223092v1