# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Cashman Equipment Corporation        **Case Number:** 17-12205    (MSH)    **Ch:** 11

Hearing: Request for Sales Procedures and Closing Costs Regarding #128 Motion of Debtor for an Order Authorizing (A) Sell Vessels in the Ordinary Course of Business (B) to Distribute Sale Proceeds, and (C) to Grant Substitute Liens Free and Clear of Liens under Section 363(f) (E. Jeffery)
#172 Preliminary Objection of Citizens Asset Finance, Inc. (J. Ganz)
#173 Objection of Rockland Trust Company (J. Horne)

**COURT ACTION:**

\_\_\_\_ Show Cause Order            \_\_\_\_ Released              \_\_\_\_ Enforced
\_\_\_\_ Granted                     \_\_\_\_ Approved              \_\_\_\_ Moot
\_\_\_\_ Denied                      \_\_\_\_ Denied without prejudice
\_\_\_\_ Withdrawn in Open Court
\_\_\_\_ Sustained                   \_\_\_\_ Overruled
\_\_\_\_ Continued to_____
\_\_\_\_ Proposed Order Submitted by_____
\_\_\_\_ Stipulation to be Submitted by_____
\_\_\_\_ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. As discussed at the hearing, the debtor will submit a proposed agreed upon discovery order.

IT IS SO ORDERED:

*/s/ Melvin S. Hoffman*

_____    Dated: 07/12/2017
Melvin S. Hoffman
United States Bankruptcy Judge