**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
(Eastern Division)

| | |
|---|---|
| In re<br><br>**CASHMAN EQUIPMENT CORP.,** *et al.*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 17-12205-MSH**<br><br>**Jointly Administered** |

**ADMINISTRATIVE ORDER ESTABLISHING**
**PROCEDURES FOR TELEPHONIC APPEARANCES**

Upon consideration of the *Motion by Debtors for Administrative Order Establishing Procedures for Telephonic Appearances*, dated October 5, 2017 (the "Motion"),[2] whereby the Debtors seek to establish procedures governing requests to appear telephonically at future hearings held in these jointly-administered Chapter 11 cases pursuant to MLBR 9074-1; appropriate notice of the Motion having been provided in the particular circumstances; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this Motion is a core proceeding under 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and having found good cause for the relief sought therein; it is hereby

**ORDERED**, that the Motion is granted in its entirety, and it is further

---

[1] The Debtors in these jointly administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).

[2] Capitalized terms not otherwise defined in this order shall have the meanings ascribed to them in the Motion.

**ORDERED**, that not less than twenty-four (24) hours in advance of a scheduled hearing, a party seeking to appear at such hearing telephonically shall file a Notice with the Court (the "Notice") in substantially the form attached as Exhibit 1 to this Order, setting forth (i) the identity of the party and counsel seeking to appear telephonically, (ii) the date and time of the hearing; and it is further

**ORDERED**, that this Order and the procedures approved herein shall not apply to any moving party on a motion to be heard at the subject hearing or to any party wishing to introduce evidence or examine any witness at such hearing; and it is further

**ORDERED**, that at the scheduled time of the hearing, the party to appear telephonically under these procedures should call 1-617-748-6687 and enter conference code 123456 when prompted.

Dated: October 10, 2017

_____
Hon. Melvin S. Hoffman
United States Bankruptcy Judge

## EXHIBIT 1
**Form of Notice**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re<br><br>**CASHMAN EQUIPMENT CORP.,** *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12205-MSH<br><br>Jointly Administered |

### NOTICE OF INTENT TO APPEAR TELEPHONICALLY

**PLEASE TAKE NOTICE** that I, ___[Attorney's name]___, on behalf ___[Name of Party]___ hereby provide notice that I will be appearing telephonically at the hearing scheduled for _____[Date and Time]_____.


                                                    _____[Attorney Signature]_____


[Date]

---

[1] The Debtors in these jointly administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).