**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: <br><br> **Cashman Equipment Corporation,** *et al.* <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 17-12205-MSH <br><br> Jointly Administered |

## NOTICE OF INTENT TO APPEAR TELEPHONICALLY

**PLEASE TAKE NOTICE** that I, Serajul F. Ali, on behalf of the United States of America acting through the United States Department of Transportation-Maritime Administration, hereby provide notice that I will be appearing telephonically at the hearing scheduled for 12:30 pm on October 11, 2017.

[the remainder of this page is intentionally left blank]

Dated: October 10, 2017

Respectfully submitted,

**CHAD A. READLER**
Acting Assistant Attorney General
Civil Division

**WILLIAM D. WEINREB**
Acting United States Attorney

**BRENDAN T. MOCKLER**
Assistant United States Attorney

 /s/ *Serajul F. Ali*
**RUTH A. HARVEY**
**LLOYD H. RANDOLPH**
**SERAJUL F. ALI** (D.C. Bar No. 478505)
Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0488
Facsimile: (202) 307-0494
E-mail: serajul.ali@usdoj.gov

**Attorneys for the United States**
**of America, on behalf of the United States**
**Department of Transportation-Maritime**
**Administration**

## **CERTIFICATE OF SERVICE**

On October 10, 2017, I caused a copy of the foregoing NOTICE OF INTENT TO APPEAR TELEPHONICALLY to be served electronically through the Court's ECF system upon those who have consented to service in that manner.

Dated:  October 10, 2017                     /s/ *Serajul F. Ali*
                                             Serajul F. Ali