**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
(Eastern Division)

| | |
|---|---|
| In re<br><br>**CASHMAN EQUIPMENT CORP.,** *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12205-MSH<br><br>Jointly Administered |

**MOTION BY DEBTORS FOR ENTRY OF ORDER**
**FIXING BAR DATE FOR FILING PROOFS OF CLAIM**
**(Expedited Determination Requested)**

Pursuant to Fed. R. Bankr. P. 3003(c)(3), Cashman Equipment Corp. ("CEC"), Cashman Scrap & Salvage, LLC ("CSS"), Servicio Marina Superior, LLC ("SMS"), Mystic Adventure Sails, LLC ("Mystic"), and Cashman Canada, Inc. ("CCI", and together with CEC, CSS, SMS, and Mystic, the "Debtors"), request the entry of an order in the form attached to this motion as Exhibit A establishing a bar date of December 22, 2017 for the filing of prepetition proofs of claim. The Debtors require a bar date to quantify claims against their respective estates. The entry of a bar date will also facilitate case administration. In order to give prompt notice of the proposed bar date to all creditors, and permit all creditors a reasonable period ot time to file proofs of claims as may be required, the Debtors request expedited determination of this motion. In further support of this motion, the Debtors state as follows:

**BACKGROUND**

1.  On June 9, 2017 (the "Petition Date"), each of the Debtors, along with their

---

[1] The Debtors in these jointly administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).