**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| In re:<br><br>CASHMAN EQUIPMENT CORPORATION,<br><br>Debtor. | CHAPTER 11<br>Case No. 17-12205 MSH |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR DOCUMENTS**

I, Gregory A. Geiman, hereby appear as attorney for the creditors International Union of Operating Engineers Local 4 Trust Funds, and request that they receive copies of all pleadings, notices, and orders filed or entered in this case pursuant to Bankruptcy Rule 2002 (b) to (d) and Local Rules 2002-1, 9010-1, and 9010-3.

The address to which such pleadings, notices, and orders should be mailed is:

Gregory A. Geiman
I.U.O.E. Local 4 Trust Funds
16 Trotter Drive
Medway, MA  02053
(508) 533-1400 x140
ggeiman@local4funds.org

Respectfully submitted,

GINA M. ALONGI, as she is
ADMINISTRATOR, INTERNATIONAL
UNION OF OPERATING ENGINEERS
LOCAL 4 HEALTH AND WELFARE,
PENSION, AND ANNUITY AND
SAVINGS FUNDS, *et al.*,

By their attorney,

/s/Gregory A. Geiman_____

                                                      Gregory A. Geiman
                                                      BBO #655207
                                                      I.U.O.E. Local 4 Trust Funds
                                                      16 Trotter Drive
                                                      Medway, MA  02053
                                                      (508) 533-1400 x140
                                                      ggeiman@local4funds.org

Dated:  December 19, 2017

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Notice of Appearance and Request for Documents has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 19th day of December, 2017.

                                                      /s/ Gregory A. Geiman
                                                      Gregory A. Geiman, Esq.