IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>CASHMAN EQUIPMENT CORP., et al.<br><br>*Debtors* | Chapter 11<br><br>Case No. 17-12205-MSH<br><br>Jointly Administered |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of **Olaf Aprans** and the law firm **Clinton & Muzyka, PC,** as counsel for **CLINTON & MUZYKA, PC,** a creditor and party in interest in the above-captioned Chapter 11 case. The undersigned requests that all notices of all matters be served as follows:

> Olaf Aprans, Esq.
> Clinton & Muzyka, PC
> 88 Black Falcon Ave., Ste. 200
> Boston, MA 02210
> Telephone: (617) 723-9165
> Facsimile: 617-720-3489
> Email: oaprans@clinmuzyka.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints, or demands, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail delivery, facsimile, telephone,

telegram, telex or otherwise, which affect the Debtor or the property of the Debtor filed by any party in the above-captioned case.

**CLINTON & MUZYKA, PC**

By its attorneys,

**CLINTON & MUZYKA, P.C.**

_/s/ Thomas J. Muzyka_
Thomas J. Muzyka
**BBO NO. 365540**
**Olaf Aprans**
**BBO NO. 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA  02210
(617) 723-9165
Fax: 617-720-3489
Email: oaprans@clinmuzyka.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above document in hand with the Clerk and thereby caused it to be filed through the ECF system and to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 21, 2017. [1]

_/s/ Olaf Aprans_
Olaf Aprans

---

[1] As of the filing of this Motion, the undersigned's registration for participation in the Bankruptcy Court's ECF system is pending.