## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CASHMAN EQUIPMENT CORP. *et al.*, | : | Case No. 17-12205 (MSH) |
| Debtors.[1] | : | (Jointly Administered) |

---

### NOTICE OF INTENT TO APPEAR TELEPHONICALLY

PLEASE TAKE NOTICE that attorney, Josef W. Mintz, on behalf of Rockland Trust Company, hereby provides notice that he will be appearing telephonically at the hearings scheduled for January 10, 2018, at 10:00 A.M. Eastern time.

Respectfully submitted,

ROCKLAND TRUST COMPANY

By its attorneys:

*/s/ Jonathan M. Horne*
Daniel C. Cohn (BBO #090780)
Jonathan M. Horne (BBO #673098)
MURTHA CULLINA LLP
99 High Street
Boston, Massachusetts 02110-2320
Telephone:    (617) 457-4000
Facsimile:    (617) 482-3868
E-mail:       dcohn@murthalaw.com
              jhorne@murthalaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137), Cashman Canada, Inc. (1296), and James M. Cashman (8482).

8895238v1

## CERTIFICATE OF SERVICE

I, Jonathan M. Horne, hereby certify that on January 9, 2018 a copy of this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jonathan M. Horne*