UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| CASHMAN EQUIPMENT CORP. | * | Case No. 17-12205 |
| | * | |
| DEBTOR | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. BANKRUPTCY COURT
2018 JAN 16  P 2: 27

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned counsel hereby files this Notice of Appearance and Request for Notice on behalf of Bollinger Morgan City, LLC, and Bollinger Amelia Repair, LLC, creditors in the above-captioned case, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices in this case be given to and served upon the following:

>Stephen L. Williamson (La. Bar No. 8316)
>Michael E. Landis (La. Bar No. 36542)
>**GORDON ARATA MONTGOMERY BARNETT**
>**McCOLLAM DUPLANTIS & EAGAN, L.L.C.**
>201 St. Charles, Ave., Floor 40
>New Orleans, Louisiana 70170
>Telephone:    (504) 582-1111
>Facsimile:     (505) 582-1121

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007, the foregoing demand covers not only the notices and papers referred to in the rules specified above, but all other notices and papers including, but not limited to, notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, or otherwise: (i) which affect or seek to affect in any way rights or interests of or to the Debtor or Debtors, or property in which the Debtor or Debtors may claim an interest, or property in the possession, custody, or control of the Debtor or

1

Debtors, or (ii) which seek to require any act, payment, or other conduct by Cashman Equipment Corp.

Respectfully submitted,

GORDON ARATA MONTGOMERY BARNETT
MCCOLLAM DUPLANTIS & EAGAN, LLC

/s/ Michael Landis
Stephen L. Williamson (La. Bar No. 8316)
Michael E. Landis (La. Bar No. 36542)
201 St. Charles, Ave., Floor 40
New Orleans, Louisiana 70170
Telephone:   (504) 582-1111
Facsimile:   (505) 582-1121
Email: swilliamson@gamb.law
Email: mlandis@gamb.law

*Attorneys for Bollinger Morgan City, LLC and Bollinger Amelia Repair, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served electronically upon counsel for the Debtor via US Mail prepaid and properly addressed, electronic mail, and/or facsimile, this 11th day of January, 2018.

/s/ Michael Landis

2