## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| In re<br><br>**CASHMAN EQUIPMENT CORP.,** *et al.*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 17-12205-MSH**<br><br>**Jointly Administered** |

### NOTICE OF INTENT TO APPEAR TELEPHONICALLY

**PLEASE TAKE NOTICE** that I, Gregory Pesce, on behalf of BP Exploration and Production, Inc. hereby provide notice that I will be appearing telephonically at the hearing scheduled for June 12, 2018 at 10:15 AM.

*/s/ Gregory F. Pesce*
Gregory F. Pesce
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to BP Exploration and Production, Inc.*

---

[1] The Debtors in these jointly administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).

Filed with the Court electronically by:

MURPHY & KING, PROFESSIONAL
CORPORATION, COUNSEL TO CASHMAN
EQUIPMENT CORP., *et al.*,

*/s/ Michael K. O'Neil*
Michael K. O'Neil (BBO #685025)
MURPHY & KING, Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
(617) 423-0400
(617) 423-0498 (facsimile)

June 11, 2018

744449

# CERTIFICATE OF SERVICE

I, Michael K. O'Neil, hereby certify that on June 11, 2018 a copy of this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael K. O'Neil*
Michael K. O'Neil (BBO #685025)