## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Eastern Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CASHMAN EQUIPMENT CORP., | ) | Case No.: 17-12205 (MSH) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Seascene LLC (hereinafter, "Seascene"), a creditor in the above-referenced bankruptcy case. Pursuant to §§ 102(1), 341 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, counsel for Seascene requests that all notice given or required to be given in this case of in any proceeding herein, and all papers served or required to be served in this case or in any proceeding herein, be given and served on the following:

> Zachary J. Gregoricus, Esq.
> Curran Antonelli, LLP
> 22 Boston Wharf Road
> 7th Floor
> Boston, MA 02210
> Tel: (617) 207-8670
> Fax: (857) 263-5215

**PLEASE TAKE FURTHER NOTICE,** pursuant to 1109(b) of the United States Bankruptcy Code, that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, copies of any motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone,

1

Case 17-12205    Doc 848    Filed 06/15/18    Entered 06/15/18 12:10:43    Desc Main
Document    Page 2 of 2

telecopier, telegraph copier, telex or otherwise, which affects Seascene, the Debtor, or the property of the Debtor's estate.

        Respectfully submitted,

        SEASCENE LLC,

        By its attorney,

        /s/ Zachary J. Gregoricus
        Zachary J. Gregoricus, BBO# 699578
        zgregoricus@curranantonelli.com
        Curran Antonelli, LLP
        22 Boston Wharf Road
        7th Floor
        Boston, MA 02210
        Tel: (617) 207-8670
        Fax: (857) 263-5215

## **CERTIFICATE OF SERVICE**

    I, Zachary J. Gregoricus, hereby certify that on June 15, 2018, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Zachary J. Gregoricus