# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) ) ) | |
| CASHMAN EQUIPMENT CORP., et. al.,[1] ) ) ) | CHAPTER 11<br>CASE NO. 17-12205 |
| Debtor. ) ) ) | Jointly Administered |

## MOTION TO APPEAR TELEPHONICALLY
*(Emergency Determination Requested)*

COMES NOW, Erno D. Lindner, Esq., on behalf of U.S. Bank National Association, and moves this Court for an order authorizing and permitting him to appear by telephone for the matters presently scheduled for August 7, 2018 at 2:00 PM Eastern time before the Honorable Melvin S. Hoffman, Bankruptcy Judge for the District of Massachusetts.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

s/ Erno D. Lindner
Erno D. Lindner (TN Bar No. 29273), *pro hac vice*
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Phone  423.209.4206
Fax     423.752.9633
Email: elindner@bakerdonelson.com

*Attorneys for U.S. Bank National Association*

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), James M. Cashman (8482), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137), and Cashman Canada, Inc. (5557).

# CERTIFICATE OF SERVICE

  I hereby certify that on July 31, 2018, a copy of the foregoing Motion to Appear Telephonically was filed electronically and was served on the parties listed by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Donald Ethan Jeffery
Harold B. Murphy
Michael K. O'Neil
Murphy & King, Professional Corporation
One Beacon Street, 21st Floor
Boston, MA  02108

Eric K. Bradford
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA  02109-3934

Jeffrey D. Sternklar
Jeffrey D. Sternklar LLC
26th Floor, 225 Franklin Street
Boston, MA  02110

Lee Harrington
Nixon Peabody LLP
100 Summer St.
Boston, MA  02110-2131

Kyle A. Ferachi
Stephanie Laird Tolson
McGlinchey Stafford PLLC
1001 McKinney Street
Suite 1500
Houston, TX  77002

Jeffrey D. Ganz
Mark S. Scott
Steven T. Greene
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108

Brendan C. Recupero
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA  02109

Richard T. Mulligan
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0345

Keri Linnea Wintle
Duane Morris LLP
100 High Street
Suite 2400
Boston, MA  02110

Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109

Maureen Mulligan
Peabody & Arnold, LLP
600 Atlantic Avenue
Boston, MA  02210

Frank McGinn
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

| | |
|---|---|
| Daniel C. Cohn<br>Jonathan Horne<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA  02110 | John D. Kimball<br>Evan J. Zucker<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174-0208 |
| Josef W. Mintz<br>Michael B. Schaedle<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA  19103-6998 | Scott R. Magee<br>Locke Lord LLP<br>111 Huntington Ave at Prudential Center<br>Boston, MA 02199-7613 |
| Charles R. Bennett, Jr.<br>Andrea G. Brier<br>Christopher M. Condon<br>Kathleen R. Cruickshank<br>Murphy & King, Professional Corporation<br>One Beacon Street, 21st Floor<br>Boston, MA 02108 | Douglas R. Ghidina<br>Gabriel Mathless<br>Charles R. Rayburn, III<br>E. Taylor Stukes<br>Moore & Van Allen PLLC<br>100 North Tryon Street<br>Suite 4700<br>Charlotte, NC 28202-4003 |
| Michael E. Landis<br>Stephen L. Williamson<br>Gordon Arata Montgomery Barnett et al.<br>201 St. Charles Ave., Fl. 40<br>New Orleans, LA 70170 | C. Breit Marine Services, LLC<br>111 Acadia Lane<br>Destrehan, LA 70047-3021 |
| Eric J. Monzo<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899 | Alex F. Mattera<br>Demeo, LLP<br>200 State Street<br>Boston, MA 02109 |
| David Himelfarb<br>McCarter & English, LLP<br>265 Franklin Street<br>Boston, MA 02110 | Michael J. Fencer<br>John T. Morrier<br>A. Davis Whitesell<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 |

Olaf Aprans
Thomas J. Muzyka
Clinton & Muzyka, P.C.
88 Black Falcon Avenue
Suite 200
Boston, MA 02210

Robert Duffy
Berkeley Research Group, LLC
75 State Street
Suite 1805
Boston, MA 02109

Jeffery A. Johnson
May Oberfell Lorber
4100 Edison Lakes Parway
Suite 100
Mishawaka, IN 46545

John J. Monaghan
Holland & Knight
10 St. James Avenue
Boston, MA 02116

Paula R.C. Bachtell
U.S. Department of Justice
Office of the United States Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109-3934

Michael S Davis
Bryan D Leinbach
Mary McCarthy
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036

Gregory A. Geiman
I.U.O.E. Local 4 Trust Funds
16 Trotter Drive
Medway, MA 02053

Kate E. Nicholson
Nicholson Herrick LLP
21 Bishop Allen Dr.
Cambridge, MA 02139

Marine Safety Consultants, Inc.
c/o Michael Collyer
26 Water Street
Fairhaven, MA 02719

Bryan J. Morrissey
LMHS P.C.
80 Washington Street
Building S
Norwell, MA 02061

Francis J. Musso
P.O. Box 147
Cossayuna, NY 12823

Jeffrey S. Greenberg
Baker, Donelson, Bearman, et al., PC
100 Light Street, 21st Fl.
Baltimore, MD 21202

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Thomas H. Belknap, Jr.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

4

Kate B. Belmont
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Andrew Cannella
Bendett & McHugh P.C.
270 Farmington Avenue
Suite 171
Farmington, CT 06302

David J. Frankel
Sorman & Frankel, Ltd.
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

Andrew B. Saunders
Saunders & Saunders LLP
700 Pleasant Street
New Bedford, MA 02740

Steve Nelson, Executive VP
SureTec Insurance Company
5905 Legacy Drive, Suite 400
Plano, TX 75024

Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street
Suite 3102
Lowell, MA 01851

Joseph Lubertazzi, Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Matthew E. Kaslow
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Stephen J. Humeniuk
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, TX 78704

Mitchell J. Levine
Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002

Thomas H. Curran
Curran Antonelli, LLP
260 Franklin Street
Boston, MA 02110

Jaime L. DeRensis
Baker, Donelson, Bearman et al., PC
211 Commerce Street, Suite 800
Nashville, TN 37201

Serajul Ali
US Dept of Justice - Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Bradford R. Carver
Eric H Loeffler
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109

| | |
|---|---|
| John Hayes<br>Skyway Classics<br>c/o John Hayes<br>1800 14th Ave. E<br>Palmetto, FL 34221 | Rudy J Cerone<br>McGlinchey Stafford<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 |
| Michael Saperstein<br>Paul E. Saperstein Co.<br>144 Centre Street<br>Holbrook, MA 02343 | Zachary Gregoricus<br>Curran Antonelli, LLP<br>22 Boston Wharf Road<br>7th Floor<br>Boston, MA 02210 |
| Cashman Equipment Corporation<br>41 Brooks Drive<br>Suite 1005<br>Braintree, MA 02184 | Eric J Monzi<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899 |
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl., Suite 1000<br>Boston, MA 02109 | |

                <u>s/ Erno D. Lindner</u>
                Erno D. Lindner