**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re<br><br>**CASHMAN EQUIPMENT CORP.,**[1]<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 17-12205-MSH**<br><br>**Jointly Administered** |

### CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on August 3, 2018, I caused to be served a copy of the following documents:

- *Debtors' Response to Certain Objections to Approval of First Amended Disclosure Statement; and*

- *Motion by Debtors to Extend the Deadline to Solicit Acceptances for its Plan of Reorganization (Expedited Consideration Requested)*

via this Court's CM/ECF System, by Electronic Mail, and by First Class Mail, postage prepaid, as indicated to the parties on the attached service list.

/s/ D. Ethan Jeffery
D. Ethan Jeffery (BBO 631941)
Murphy & King, Professional Corporation
One Beacon Street, 21st floor
Boston MA  02108-3107
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email:  ejeffery@murphyking.com

DATED:  August 3, 2018
746528

---

[1] The Debtors in these jointly administered Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).

Cashman Equipment Co., et al. Short Service List COMBINED

#728482

**BY ECF:**

- Serajul Ali    Serajul.Ali@usdoj.gov
- Olaf Aprans    oaprans@clinmuzyka.com
- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Eric K. Bradford    Eric.K.Bradford@USDOJ.gov
- Andrea G. Brier    abrier@murphyking.com, asavoia@murphyking.com;andrea-brier-7162@ecf.pacerpro.com
- Andrew Cannella    bkecf@bmpc-law.com
- Bradford R. Carver    bcarver@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- Daniel C. Cohn    dcohn@murthalaw.com, lmulvehill@murthalaw.com
- Christopher M. Condon    ccondon@murphyking.com, imccormack@murphyking.com
- Kathleen R. Cruickshank    kcruickshank@murphyking.com, bankruptcy@murphyking.com;asavoia@murphyking.com
- Thomas H. Curran    tcurran@curranantonelli.com, curran601@gmail.com
- Jaime L. DeRensis    jderensis@bakerdonelson.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@haslaw.com
- Michael J. Fencer    fencer@casneredwards.com
- Kyle A. Ferachi    kferachi@mcglinchey.com, cmastroianni@mcglinchey.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jeffrey D. Ganz    JGanz@riemerlaw.com, ndailey@riemerlaw.com
- Gregory A. Geiman    ggeiman@local4funds.org, sgrancio@local4funds.org
- Jeffrey S. Greenberg    jgreenberg@bakerdonelson.com
- Steven T. Greene    sgreene@riemerlaw.com
- Lee Harrington    lharrington@nixonpeabody.com
- David Himelfarb    dhimelfarb@mccarter.com, jlubertazzi@mccarter.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Stephen J. Humeniuk    stephen.humeniuk@lockelord.com, pbrowder@lockelord.com;jonathan.young@lockelord.com;molly.batiste-debose@lockelord.com
- Donald Ethan Jeffery    dej@murphyking.com, pas@murphyking.com
- Mitchell J. Levine    mlevine@nairlevin.com
- Eric H Loeffler    eloeffler@hinshawlaw.com, sdelmonaco@hinshawlaw.com
- David B. Madoff    madoff@mandkllp.com, alston@mandkllp.com
- Scott R. Magee    scott.magee@lockelord.com
- Gabriel Mathless    gabemathless@mvalaw.com
- Alex F. Mattera    amattera@demeollp.com
- Mary McCarthy    mmccarthy@zeklaw.com, mdavis@zeklaw.com;bleinbach@zeklaw.com
- Frank McGinn    ffm@bostonbusinesslaw.com

- John J. Monaghan   bos-bankruptcy@hklaw.com
- Eric J. Monzo   EMonzo@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- John T. Morrier   morrier@casneredwards.com
- Maureen Mulligan   mmulligan@peabodyarnold.com, mashman@peabodyarnold.com
- Richard T. Mulligan   mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- Harold B. Murphy   bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Kate E. Nicholson   knicholson@nicholsonherrick.com, knicholson@ecf.courtdrive.com;rbrusovankin@nicholsonherrick.com;ekropelin@nicholsonherrick.com
- Michael K. O'Neil   moneil@murphyking.com, dkonusevska@murphyking.com
- Brendan C. Recupero   bcr@riw.com
- Mark S. Scott   mscott@riemerlaw.com, mscott@riemerlaw.com
- Jeffrey D. Sternklar   jeffrey@sternklarlaw.com, jdsternklar@yahoo.com;r60083@notify.bestcase.com
- Tatyana P. Tabachnik   bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com
- Stephanie Laird Tolson   stolson@mcglinchey.com, sajohnson@mcglinchey.com;dmunoz@mcglinchey.com
- A. Davis Whitesell   whitesell@casneredwards.com
- Keri Linnea Wintle   klwintle@duanemorris.com, mmmelo@duanemorris.com

**BY EMAIL:**

- Michael B. Schaedle   Schaedle@BlankRome.com (for Rockland Trust)
- Trey Rayburn   treyrayburn@mvalaw.com (for Bank of America)
- Steven Greene   sgreene@riemerlaw.com (for Citizens Bank)
- Jeffery Johnson   JJohnson@maylorber.com (for Fifth Third Bank)
- Ray Riddle   riddle @4barges.com

TOP 20 Combined by ELECTRONIC MAIL:

| | |
|---|---|
| BP AMERICA PRODUCTION CO.<br>c/o Kirkland & Ellis,LLP<br>Christopher Esbrook<br>300 North LaSalle<br>Chicago, IL<br>1-312-862-2032<br>gregory.pesce@kirkland.com | CARDI CORPORATION<br>400 LINCOLN AVENUE<br>WARWICK, RI 02888<br>401-736-2977<br>generalcounsel@cardi.com |

ECKERT SEAMANS CHERIN & MELLOT CORNELIUS
US STEEL TOWER
600 GRANT STREET 44TH FLOOR
PITTSBURGH, PA 15219
412-566-6099
cobrien@eckertseamans.com

TERAS 333 PTE LTD
15 HOE CHIANG ROAD
12-05 TOWER FIFTEEN
SINGAPORE
Facsimile: +65 6222 7848
Email: commercial@terasoffshore.com

TOMBROS SERVICES, LTD
ATT:  Lawson Nchumulu, General Manager
PO Box 15368 Douala
Cameroon – Central Africa
237 99 93 53 21
E-mail : tombros@representative.com

GMD SHIPYARD CORP
BROOKLYN NAVY YARD, BLDG 595
63 FLUSHING AVE UNIT 276
BROOKLYN, NY 11205
718-260-9284  ecarter@gmdshipyard.com

SUPERIOR SUPPLY & STEEL
P.O. BOX 677427
DALLAS, TX 75267
337-625-3240      ar@supstl.com

PORTLAND TUGBOAT, LLC
40 COMMERCIAL ST SUITE 700
PORTLAND, ME 04101
207-338-4750 atebaldi@McAllisterTowing.com

A&M DOCKSIDE REPAIR, INC.
P.O. BOX 1096
AMELIA, LA 70340
985-631-2588  amdockside@att.net

GAYLIN MALAYSIA SDN BHD
7 GUL AVE
SINGAPORE
+6568615433 ryan@gaylin.com

PRESIDENT INSURANCE AGENCY
250 COPELAND STREET
QUINCY, MA 02169
617-773-8808
gdolbec@president-ins.com

AL JAZEERA PORT
P.O. BOX 5681
RAS AL KHAIMAH, UAE
+97172446651 matthew@rakports.ae

ABS AMERICAS
PO BOX 301249
DALLAS, TX 75303
 281-877-5946   cpru@eagle.com

COASTAL MARINE CONSTRUCTION LLE
960 TURNPIKE STREET - SIUTE 1C
CANTON, MA 02021
339-502-8669 estimating@coastalmc.net

DANN OCEAN TOWING
3670 South Westshore Blvd.
Tampa, FL  33629
813-251-3900 stephend@dannoceantowing.com;
joeb@dannoceantowing.com

LEONE, MORRISSEY,HENRIKSEN&SYN
80 WASHINGTON STREET,BUILDING S
NORWELL, MA 02061
781-878-3666      bmorrissey@lmhspc.com

VSB PARTNERS LLP
64 A AMANGELDY STREET
ALMATY, Kahzatstan 50012
+77272581444 Greg.Vojack@vsbpartnersllp.com

LYONS SHIPYARD, INC.
P.O. BOX 2180
NORFOLK, VA 23501
757-625-7137 mpitt@lyonshipyard.com

Morgan City Supply of Louisiana, Inc.
P.O. Box 2030
Morgan City, LA 70381
985-384-0567
Caroline@morgancitysupply.com

Kentwood Springs Water Co.
P.O. Box 660579
Dallas, TX 75266
Bankruptcy@dsservices.com

ABS AMERICA
P.O. BOX 301249
DALLAS, TX 75303
757-595-8710 cpru@eagle.com

UNITED TUGS, INC.
P.O. BOX 342
HARVEY, LA 70059
985-632-6167 mitch@unitedtugs.com

NEWCRUZ SHIPBUILDING & ENGINEERING PTE L
23 TUAS CRESCENT
SINGAPORE
+6568618067 matta.kumar@newcruz.com

MARTIN ENERGY SERVICES LLC
P.O. BOX 95363
GRAPEVINE, TX 76099
713-350-6870 tgordon@martinmlp.com

ALEXANDER RYAN MARINE & SAFETY CO
P.O. BOX 742966
ATLANTA, GA 30374
713-923-1972 bmarcade@drew-marine.com

ROUSES ENTERPRISES, LLC
PO BOX 5358
THIBODAUX, LA 70302
985-447-5563 thibodeaux@rouses.com

The Sunshine Touch
310 Lake Crescent Circle
ATTN: Yolande B Bradshaw
Houma, LA 70360
Sissy2129@gmail.com

Awopaho Rentals, Inc.
1472 Siracusa Road
Morgan City, LA 70380
info@awopaho.com
Fax: 1-985-384-0207

L& G Building Supply Co. Inc.
PO Box 284
Baton Rouge, LA 70831
985-384-4335 Fax 985-384-4335
lglumber@atvci.net

TRIPLE S MARINE, LLC
P.O. BOX 3367
MORGAN CITY, LA 70381
985-384-8234 scott@triplesmarine.com

T&D TOWING LLC
P.O. BOX 3249
MORGAN CITY, LA 70381
985-631-2105
bcaro@tdtowing.com; ttamplain@tdtowing.com

SUPERIOR MARINE TECHNICAL SERVICES
P.O. BOX 3167
HOUMA, LA 70361
985-851-2548 patti@superiormarinetech.com

MARQUETTE TRANSPORTATION
DEPT 1607
PO BOX 11407
BIRMINGHAM, AL 35246
270-744-0017 ahurst@marquettetrans.com

CROSBY TUGS, LLC
P.O. BOX 279
GOLDEN MEADOW, LA 70357
985-632-7572 kurt@crosbytugs.com

MORGAN CITY SUPPLY OF LOUISIANA
P.O. DRAW 2030
MORGAN CITY, LA 70381
985-384-0567 wiley@morgancitysupply,.com

VANUATU MARITIME SERVICES LTD
39 BROADWAY, SUITE 20
NEW YORK, NY 10006
212-425-9652 mdecharles@vanuatuships.com

Boats & Harbors
PO Box 647
Crossville, TN 38557
931-456-2337
mildreddonnelly@boats-and-harbors.com

Wilmington Trust
Att: Steve M. Cimalore
Rodney Square North, 1100 N. Market Street
Wilmington DE 19890
scimalore@wilmingtontrust.com

Bollinger Ameila Repair, LLC
ATT: Stephen L. Williamson
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170
swilliamson@gamb.law

GULF OCEANIC MARINE CONTR
P.O. BOX 99
BOURG, LA 70343
985-594-1809 info@gulfoceanicmarine.com

Offshore Supplies LLC
401 N. Causeway Blvd
Metairie, LA 70001
504-831-0595 kim@offshoresuppliersinc.com

TELAURUS COMMUNICATIONS LLC
210 MALAPARDIS ROAD
SUITE 202
CEDAR KNOLLS, NJ 07927
973-889-8689 rochelle.burns@globalcomm.com

LAD Services of Louisiana, LLC
ATT: Lee Dragna, President
1043 E. Stephensville Road
Stephensville LA 70380
ldragna@ladcompanies.com

CHANTIER NAVAL AND INDUSTRIAL CAMEROON
B.P. 2389
Douala, Cameroon
+237233406199 awatat@cnicyard.com; enquiries@cnicyard.co

**BY FIRST CLASS MAIL:**

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA 02203

Securities and Exchange Commission
100 F Street, N.E.
Washington DC 20549

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA 02110

Andrew E. Lelling
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA 02210

| | |
|---|---|
| Commonwealth of Mass/DOR<br>Bankruptcy Unit, P.O. Box 9564<br>100 Cambridge Street, 7th floor<br>Boston MA  02114-9564 | Commonwealth of Massachusetts<br>Division of Unemployment Assistance<br>Executive Office of Labor & Workplace Develop.<br>19 Staniford St., Hurley Bldg.<br>Boston MA  02114 |
| Office of the Attorney General<br>Commonwealth of MA<br>Consumer Protection Division<br>One Ashburton Place, 19th Floor<br>Boston MA  02108 | Jeff Sessions<br>Attorney General of The United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington DC  20530-0001 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19114 | Louisiana Department of Revenue<br>Baton Rouge Headquarters<br>617 North Third Street<br>Baton Rouge, LA  70802 |
| Tax Centre<br>290 Empire Avenue<br>St. Johns NF A1B 3Z1 | Tax Centre<br>2251 Rene' Levesque Boulevard<br>Jonquiere Q.C. G7S 5J1 |
| Poseidon Int'l Ltd.<br>Trust Company Complex<br>Ajeltake Road<br>Ajeltake Island, Majuro<br>Republic of the Marshall Islands | Kim Marine Documentation, Inc.<br>180 Nickerson Street, Suite 212<br>Seattle WA  98109 |
| NEWCRUZ SHIPBUILDING & ENGINEERING PTE L<br>23 TUAS CRESCENT<br>SINGAPORE | CHANTIER NAVAL AND INDUSTRIAL CAMEROON<br>B.P. 2389<br>Douala, Cameroon |
| MARTIN ENERGY SERVICES LLC<br>P.O. BOX 95363<br>GRAPEVINE, TX 76099 | AL JAZEERA PORT<br>P.O. BOX 5681<br>RAS AL KHAIMAH, UAE |
| ALEXANDER RYAN MARINE & SAFETY CO<br>P.O. BOX 742966<br>ATLANTA, GA 30374 | ABS AMERICAS<br>PO BOX 301249<br>DALLAS, TX 75303 |
| ROUSES ENTERPRISES, LLC<br>PO BOX 5358<br>THIBODAUX, LA 70302 | Awopaho Rentals, Inc.<br>1472 Siracusa Road<br>Morgan City, LA 70380 |

MARQUETTE TRANSPORTATION
DEPT 1607
PO BOX 11407
BIRMINGHAM, AL 35246

VANUATU MARITIME SERVICES LTD
39 BROADWAY, SUITE 20
NEW YORK, NY 10006

Thomas H. Belknap, Jr.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Kate B. Belmont
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Robert Duffy
Berkeley Research Group, LLC
75 State Street
Suite 1805
Boston, MA 02109

John D. Kimball
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Josef W. Mintz
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

Francis J. Musso
PO Box 147
Cossayuna, NY 12823

TK TOWING, INC
7810 HWY 182E
MORGAN CITY, LA 70380

SUPERIOR MARINE TECHNICAL SERVICES
P.O. BOX 3167
HOUMA, LA 70361

GULF OCEANIC MARINE CONTR
P.O. BOX 99
BOURG, LA 70343

C. Breit Marine Services, LLC
111 Acadia Lane
Destrehan, LA 70047-3021

David J. Frankel
Sorman & Frankel, Ltd.
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

Marine Safety Consultants, Inc.
c/o Michael Collyer
26 Water Street
Fairhaven, MA 02719

Bryan J. Morrissey
LMHS P.C.
80 Washington Street
Building S
Norwell, MA 02061

E. Taylor Stukes
Moore & Van Allen PLLC
100 North Tryon Street
Ste 4700
Charlotte, NC 28202-4003

Evan J. Zucker
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

American Express
c/o Becket & Lee, LLP
PO Box 3001
Malvern, PA  19355-0701

| | |
|---|---|
| Stephen L. Williamson, Esq./Michael E. Landis, Esq.<br>Gordon Arata Montgomery Barnett McCollam Duplantis & Eagan, LLC<br>201 St. Charles Avenue, Floor 40<br>New Orleans, LA  70170 | Steve Nelson, Executive VP, Managing Director, Surety Claims<br>Markel Surety<br>SureTec Insurance Company/SureTec Indemnity Company<br>5905 Legacy Drive, Suite 400,<br>Plano, Texas 75024 |