UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re

CASHMAN EQUIPMENT
CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 17-12205-MSH

## LIMITED OBJECTION OF SHANNON CASHMAN TO DEBTORS' DISCLOSURE STATEMENT

Shannon Cashman ("S. Cashman") hereby submits her limited objection (the "Objection") to the *First Amended Disclosure Statement Filed by Debtor Cashman Equipment Corporation with Respect to Joint Plan of Reorganization of Cashman Equipment Corp., Cashman Scrap & Salvage, LLC, Servicio Marino Superior, LLC, Cashman Canada, Inc., Mystic Adventure Sails, LLC and James M. Cashman* [Doc. No. 912] (the "Disclosure Statement") filed by Cashman Equipment Corporation, et al. (collectively, the "Debtors"). In support of this Objection, S. Cashman represents as follows:

1.     On June 9, 2017 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2.     The Debtors filed the Disclosure Statement on July 13, 2018. S. Cashman submits that the Disclosure Statement currently fails to adequately address her claims. Following the filing of the Disclosure Statement, the Debtors and S. Cashman have engaged in negotiations regarding the claims of S. Cashman and their proposed treatment pursuant to the Disclosure Statement and related plan of reorganization.

3.    The parties have reached an agreement in principal, which will require further amendments to the Disclosure Statement.  Accordingly, S. Cashman objects to the current Disclosure Statement to preserve her rights in the interim while the Debtors undertake to further amend the Disclosure Statement and related plan consistent with the parties' agreement.

WHEREFORE, S. Cashman requests that this Honorable Court enter an Order: (i) sustaining this Objection; (ii) determining that the current Disclosure Statement is inadequate as relates to the claims of S. Cashman; and (iii) granting such other and further relief as just and necessary.

Respectfully submitted,

SHANNON CASHMAN,

By her attorneys,

/s/  Alex F. Mattera
Alex F. Mattera, BBO No. 641760
Demeo LLP
200 State Street
Boston, MA  02109
Telephone:  (617) 263-2600
Facsimile:  (617) 263-2300
Email:       AMattera@DemeoLLP.com

Dated:  August 3, 2018

## CERTIFICATE OF SERVICE

I, Alex F. Mattera, hereby certify that on the 3rd day of August 2018 I caused to be served a copy of the above pleading on all parties registered for electronic service through the CM/ECF system.

/s/ Alex F. Mattera
Alex F. Mattera