UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>**CASHMAN EQUIPMENT CORP.,**[1]<br><br>Debtor | Chapter 11<br><br>Case No. 17-12205-MSH<br><br>Jointly Administered |

**NOTICE OF (A) CONFIRMATION OF JOINT PLAN OF REORGANIZATION OF CASHMAN EQUIPMENT CORP., CASHMAN SCRAP & SALVAGE, LLC, SERVICIO MARINA SUPERIOR, LLC, CASHMAN CANADA, INC., MYSTIC ADVENTURE SAILS, LLC, AND JAMES M. CASHMAN, (B) EFFECTIVE DATE, AND (C) DEADLINES FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, PROFESSIONAL FEE CLAIMS, AND LEASE AND CONTRACT REJECTION CLAIMS**

**PLEASE TAKE NOTICE THAT**:

1. *Confirmation of Plan*. By order dated December 14, 2018 (the "Order"), the United States Bankruptcy Court for the District of Massachusetts (the "Court") confirmed the *Modified Third Amended Joint Plan of Reorganization of Cashman Equipment Corp., Cashman Scrap & Salvage, LLC, Servicio Marina Superior, LLC, Cashman Canada, Inc., Mystic Adventure Sails, LLC, and James M. Cashman* (the "Plan") [doc. no. 1158]. The Order is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, and/or copies of the Order may be obtained upon request to the Debtors' counsel, Murphy & King, Professional Corporation, One Beacon Street, Boston, Massachusetts, 02108, Attn: D. Ethan Jeffery, Esq., Michael K. O'Neil, Esq., Email: EJeffery@murphyking.com, MOneil@murphyking.com.

2. *Effective Date; Distribution*. The Effective Date (as defined in the Plan) occurred on **December 31, 2018**. Creditors holding Allowed Claims or Equity Interests against the Debtors' estates as of the distribution record date for purposes of the Plan, will be entitled to receive Distributions in accordance with the terms of the Plan.

3. *Administrative Expense Claim Bar Date*. In accordance with Paragraph 3 of the Order, any and all applications for reimbursement of expenses incurred before the Effective Date and all other requests or claims for payment of Administrative Expense Claims incurred before the Effective Date under Section 507(a)(1) or 507(b) of the Bankruptcy Code other than the Professional Fee Claims, shall be filed with the Bankruptcy Court on or before thirty (30) days after the Effective Date, *i.e.,* **January 30, 2019,** (the "Administrative Expense Claim Bar Date") and must be the

---

[1] The debtors in these jointly administered Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are Cashman Equipment Corp. (7969), Cashman Scrap & Salvage, LLC (6088), Servicio Marina Superior, LLC (6919), Mystic Adventure Sails, LLC (2137) and Cashman Canada, Inc. (1296).

subject of a request filed with the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, and served upon the undersigned counsel to the Debtors so as to be received by the Administrative Expense Claim Bar Date.  Any request for payment of an Administrative Expense Claim that is subject to the Administrative Expense Claim Bar Date and that is not filed and served on or before the Administrative Expense Claim Bar Date shall be forever barred; any party that seeks payment of Administrative Expense Claim and that (i) is required to file a request for payment of such Administrative Expense Claim and (ii) does not file and serve such a request by the deadline established herein shall be forever barred from asserting such Administrative Expense Claim against the Debtors, the Reorganized Debtors, the Debtors' estates or any of their respective properties.

       4.       *Professional Fee Claims*.  In accordance with Paragraph 4 of the Order, all applications for final compensation and reimbursement of Professional Fee Claims incurred before the Effective Date shall be filed on or before thirty (30) days after the Effective Date, *i.e.,* **January 30, 2019,** (the "Professional Fee Claim Bar Date"), unless otherwise ordered by the Court, and must be filed with the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, and served upon the undersigned counsel to the Debtors, so as to be received by the Professional Fee Claim Bar Date.

       5.       *Contract/Lease Rejection Claims*.  All Claims arising from the rejection of executory contracts or unexpired leases under the Plan must be filed with the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts (Eastern Division), 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, and served upon the undersigned counsel to the Debtors on or before thirty (30) days following the earlier to occur of: (i) the rejection of such executory contract or unexpired lease or (ii) the Effective Date.  Any such Rejection Claim that is not filed and served within such time shall be forever barred, and shall not share in any Distributions under the Plan.  The Reorganized Debtors shall have the right to object to any such Rejection Claim.

| | |
|---|---|
| Cashman Equipment Corp., Cashman Scrap & Salvage, LLC, Servicio Marina Superior, LLC, Cashman Canada, Inc., and Mystic Adventure Sails, LLC, By their counsel | James M. Cashman, By his counsel, |
| /s/ *D. Ethan Jeffery*<br>Harold B. Murphy, Esq. (BBO #362610)<br>D. Ethan Jeffery, Esq. (BBO #631941)<br>MURPHY& KING, P.C.<br>One Beacon Street<br>Boston, MA  02108<br>Telephone:  (617) 423-0400<br>Email:  EJeffery@murphyking.com | /s/ *Jeffrey D. Sternklar*<br>Jeffrey D. Sternklar, Esq. (BBO# 549561)<br>JEFFREY D. STERNKLAR, LLC<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110<br>Telephone: (617) 396-4515<br>Facsimile:  (617) 507-6530<br>Email:  jeffrey@sternklarlaw.com |

Dated: December 31, 2018
752423